IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID DUVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4085-CV-C-WAK |
| | ) | |
| GARY TAWNEY, Monroe County Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

  On May 15, 2006, defendant Gary Tawney filed a motion to dismiss for improper venue. Defendant asserts that, pursuant to 28 U.S.C. § 1391(b), venue is proper only in the United States District Court for the Eastern District of Missouri. In response to defendant's motion, plaintiff David Duvall filed a motion to dismiss, without prejudice, so that he may refile in the proper district.

  After consideration, it is

  ORDERED that this case is dismissed, without prejudice to refiling [2,4].

  Dated this 25th day of May, 2006, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge